## SECOND DEPARTMENT, SEPTEMBER, 1971

### (September 1, 1971)

■ In the Matter of MORRIS A. BARONE, Appellant, v. MARY PERONE et al., Respondents. In the Matter of MORRIS A. BARONE, Appellant, v. HAROLD P. BATTLE, JR., et al., Respondents.—

772

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.